# EXHIBIT 6

Exhibit 6
Infringement Claim Chart for U.S. Patent No. 11,435,360

| Claim Number | Claim Element | Exemplary Evidence of Nanomics' Infringement |
|---|---|---|
| 1[pre] | A method for assaying a biological sample, comprising: | To the extent the preamble is limiting, the Accused Products practice a method for assaying a biological sample.<br><br>*See, e.g.*, Wu et al. Supplementary Information[1] at 9 ("The Proteonano nanoparticle is designed to enrich low-abundance proteins from biological samples through nano-bio interactions.")<br><br>*See, e.g.*, Wu et al.[2] at 2 ("Here we report the Proteonano Ultraplex Proteomics (PUP) Platform for large cohort plasma proteomics studies with robustness and fast throughput by standardizing workflow by incorporating the Proteonano platform and high-resolution mass spectrometers, including Orbitrap Exploris™ 480, Orbitrap Astral™, and timsTOF Pro. This pipeline demonstrates excellent stability and reproducibility, with tunable balance between proteome coverage and throughput. We further demonstrate the utility of this platform for potential biomarker discovery in a neurodegenerative disease cohort. This harmonized method enables robust, fast and large-cohort plasma proteomics studies to meet the need to discover new biomarkers.").<br><br>*See, e.g.*, Instructions to Proteonano Plasma Proteome Enrich Kit, Operations Manual (May 22, 2025). |
| 1[a] | (a) contacting the biological sample with a plurality of particles comprising different particle types to permit biomolecules of the biological sample to bind to the plurality of particles and | The Accused Products practice contacting the biological sample with a plurality of particles comprising different particle types to permit biomolecules of the biological sample to bind to the plurality of particles and form coronas around the plurality of particles. |

---

[1] Wu, et al., "Supplementary information to Proteonano™: A Robust Platform for Large Cohort Deep Plasma Proteomics Studies," bioRxiv (May 28, 2025) ("Wu et al. Supplementary Information").

[2] Wu, et al., "Proteonano™: A Robust Platform for Large Cohort Deep Plasma Proteomics Studies," bioRxiv (May 28, 2025) ("Wu et al.").

-1-

Exhibit 6
Infringement Claim Chart for U.S. Patent No. 11,435,360

| Claim Number | Claim Element | Exemplary Evidence of Nanomics' Infringement |
|---|---|---|
| | form coronas around the plurality of particles, wherein | *See, e.g.*, Wu et al. at 11 ("First, TEM, DLS and zeta potential measurements were utilized to characterize three peptide-conjugated nanoparticles, namely $Fe_3O_4$@PDA@Au-PP1, $Fe_3O_4$@PDA@Au-PP2, and $Fe_3O_4$@PDA@Au-PP3"). <br><br> *See, e.g.*, Wu et al. at 36 ("For most experiments, 40 µL of human plasma was diluted to a final volume of 100 µL by using 1 x PBS at pH7.4 and was subsequently combined with PCNPs (as synthesized above) from the Proteonano reagent in a 1:1 volumetric ratio. The mixture was incubated at 25 °C and agitated for 60 min."). <br><br> *See, e.g.*, Wu et al. at 29 ("[T]he PUP Platform achieved cutting-edge deep plasma proteome coverage and data quality by effectively combining multiple nanoparticles into a single, uniform reagent, a strategy akin to those utilized in multiplexed immunoassays but without the challenges of antibody cross-reactions."). <br><br> *See, e.g.*, Wu et al. at 7 ("The Nanomation G1 workstation includes a heater-shaker module for nanoparticle-plasma incubation, a magnetic module for protein corona separation"). <br><br> *See, e.g.*, Wu et al. Supplementary Information at 2. |

Exhibit 6
Infringement Claim Chart for U.S. Patent No. 11,435,360

| Claim Number | Claim Element | Exemplary Evidence of Nanomics' Infringement |
|---|---|---|
| | | **1. Proteonano nanoparticles**<br><br>The Proteonano Enrich Kit is composed of hierarchically structured nanoparticles functionalized with peptides (PCNPs). The physicochemical properties of three peptides used in this work are shown in Supplemental Table 1.<br><br>**Supplemental Table 1.** The physicochemical properties of three peptides<br><br>table below<br><br>*See, e.g.*, Wu et al. at Figure 3. |

Supplemental Table 1:

| Name | Sequence | Length | $M_w$ | Isoelectric Point | Charge (mV) | Hydrophobicity | GRAVY |
|---|---|---|---|---|---|---|---|
| PP1 | HKAATKIQASFRGHITRKKLC | 21 | 2,395 | 11.73 | 0.30 | 38% | -0.65 |
| PP2 | DIEEVEVRSKYFKKNERTVEC | 21 | 2,602 | 4.90 | -1.04 | 62% | -1.22 |
| PP3 | QETLKDTRSKFFNKPSMTVVC | 21 | 2,460 | 9.73 | 1.95 | 48% | -0.63 |

Exhibit 6
Infringement Claim Chart for U.S. Patent No. 11,435,360

| Claim Number | Claim Element | Exemplary Evidence of Nanomics' Infringement |
|---|---|---|
| | | *See, e.g.*, Wu et al. at 11 ("**Figure 3. Characterization of peptide-conjugated nanoparticles (PCNPs). a** Photos of the PCNPs reagent (right) and its precursor (left). **b-k** The hydrodynamic radius and zeta potential (**b**), size distribution (**d-g**), and TEM images (**h-k**) of the $Fe_3O_4@PDA@Au$, $Fe_3O_4@PDA@Au$-PP1, $Fe_3O_4@PDA@Au$-PP2, and $Fe_3O_4@PDA@Au$-PP3. **i-n** Representative TEM images of nanoparticles $Fe_3O_4$, $Fe_3O_4@PDA$, and $Fe_3O_4@PDA@Au$. **o Representative** HAADF-STEM images $Fe_3O_4@PDA@Au$. **p-t** EDS elemental mapping of the dispersion of all elements combined (**p**) and individual element Au (**q**), Fe (**r**), C (**s**) and N (**t**). **u** FITC characterization showing the peptide conjugation density on the surface of nanoparticles."). |

Exhibit 6
Infringement Claim Chart for U.S. Patent No. 11,435,360

| Claim Number | Claim Element | Exemplary Evidence of Nanomics' Infringement |
|---|---|---|
| | | *See, e.g.*, NANOMICS BIOTECHNOLOGY, "Discover Proteonano™ G1 Pro: How to Accelerate high throughput Proteomics" (YouTube May 28, 2025), https://www.youtube.com/watch?v=jd5Llcumc6A. |
| 1[b] | the coronas corresponding to the different particle types (i) differ based on particle type, and (ii) comprise overlapping and distinct proteins; | The Accused Products practice wherein the coronas corresponding to the different particle types (i) differ based on particle type, and (ii) comprise overlapping and distinct proteins.<br><br>*See, e.g.*, Wu et al. at Figure 3. |

Exhibit 6
Infringement Claim Chart for U.S. Patent No. 11,435,360

| Claim Number | Claim Element | Exemplary Evidence of Nanomics' Infringement |
|---|---|---|
| | | *See, e.g.*, Wu et al. at 11 ("**Figure 3. Characterization of peptide-conjugated nanoparticles (PCNPs). a** Photos of the PCNPs reagent (right) and its precursor (left). **b-k** The hydrodynamic radius and zeta potential (**b**), size distribution (**d-g**), and TEM images (**h-k**) of the $Fe_3O_4@PDA@Au$, $Fe_3O_4@PDA@Au$-PP1, $Fe_3O_4@PDA@Au$-PP2, and $Fe_3O_4@PDA@Au$-PP3. **i-n** Representative TEM images of nanoparticles $Fe_3O_4$, $Fe_3O_4@PDA$, and $Fe_3O_4@PDA@Au$. **o Representative** HAADF-STEM images $Fe_3O_4@PDA@Au$. **p-t** EDS elemental mapping of the dispersion of all elements combined (**p**) and individual element Au (**q**), Fe (**r**), C (**s**) and N (**t**). |

Exhibit 6
Infringement Claim Chart for U.S. Patent No. 11,435,360

| Claim Number | Claim Element | Exemplary Evidence of Nanomics' Infringement |
|---|---|---|
| | | **u** FITC characterization showing the peptide conjugation density on the surface of nanoparticles."). |
| 1[c] | (b) separating at least a subset of the plurality of particles comprising the coronas from the biological sample by removing the subset of the plurality of particles thereby producing a subset of proteins from the biological sample; | The Accused Products practice separating at least a subset of the plurality of particles comprising the coronas from the biological sample by removing the subset of the plurality of particles thereby producing a subset of proteins from the biological sample. *See, e.g.*, Wang et al.,[3] at 6 ("Following magnetic immobilization, MMNPs were washed thrice with 1 x PBS. Proteins captured on the MMNPs were reduced by 20 mM DTT at 37 C for 60 min . . . ."). *See, e.g.*, Operations Manual at 4-5 (Experimental Procedures). |

---

[3] Wang, et al., "Technical Assessment of Proteonano™: A Robust Platform for Deep Plasma Proteomics Study," bioRxiv (Aug. 20, 2024) ("Wang et al.").

Exhibit 6
Infringement Claim Chart for U.S. Patent No. 11,435,360

| Claim Number | Claim Element | Exemplary Evidence of Nanomics' Infringement |
|---|---|---|
| | | |

Exhibit 6
Infringement Claim Chart for U.S. Patent No. 11,435,360

| Claim Number | Claim Element | Exemplary Evidence of Nanomics' Infringement |
|---|---|---|
| | | determine the best duration for Enrichment Nanobeads immobilization steps in the protocol. To ensure complete Enrichment Nanobeads recovery, magnetic separation time can be extended to 10 minutes for the initial experiment. <br><br> 5. Add 180 µL EN-Wash Buffer to the centrifuge tube, gently vortex to resuspend Enrichment Nanobeads, place the centrifuge tube on the magnetic rack for at least 3 minutes, until Enrichment Nanobeads is completely collected by the magnet, and discard the supernatant by pipetting. Repeat 2 times, remove supernatant completely after final wash*. <br><br> ● *Protein enrichment is complete after this step. Enriched proteins absorbed by Enrichment Nanobeads do not need to be eluted. Proteins bound to Enrichment Nanobeads can be directly subjected to subsequent denaturation, reduction, alkylation, digestion, and desalting. <br><br> *See, e.g.*, Wang et al. at 6 ("Following magnetic immobilization, MMNPs were washed thrice with 1 x PBS. Proteins captured on the MMNPs were reduced by 20 mM DTT . . . ."). <br><br> *See, e.g.*, Wu et al. at 36 ("Following magnetic immobilization, PCNPs were washed thrice with 1 x PBS. Proteins captured on the PCNPs were reduced…"). <br><br> *See, e.g.*, Wu et al. at 7 ("The Nanomation G1 workstation includes a heater-shaker module for nanoparticle-plasma incubation, a magnetic module for protein corona separation"). <br><br> *See, e.g.*, https://www.youtube.com/watch?v=bQZE3bxuei4 (Proteonano™ Ultraplex Proteomics: From plasma proteins to actionable insights — at scale) (describing the use of its "Magnetic module" for "efficient bead separation with 99.9% accuracy"). |

Exhibit 6
Infringement Claim Chart for U.S. Patent No. 11,435,360

| Claim Number | Claim Element | Exemplary Evidence of Nanomics' Infringement |
|---|---|---|
| | | |
| 1[d] | (c) assaying the subset of proteins of (b) with an instrument to detect, in the subset, proteins in the biological sample at concentrations across a dynamic range comprising at least 6 orders of magnitude, thereby assaying the biological sample. | The Accused Products practice assaying the subset of proteins of (b) with an instrument to detect, in the subset, proteins in the biological sample at concentrations across a dynamic range comprising at least 6 orders of magnitude, thereby assaying the biological sample.<br><br>*See, e.g.*, Wang et al. at Figure 1. |

-10-

Exhibit 6
Infringement Claim Chart for U.S. Patent No. 11,435,360

| Claim Number | Claim Element | Exemplary Evidence of Nanomics' Infringement |
|---|---|---|
| | | <br><br>*See, e.g.*, Wu et al. at 13 ("[T]he Proteonano workflow detected 123 FDA-cleared circulating plasma biomarkers spanning eight orders of magnitude from a single pooled plasma sample, markedly outperforming the neat plasma pipeline").<br><br>*See, e.g.*, Wu et al. at Figure 4C.<br><br> |

Exhibit 6
Infringement Claim Chart for U.S. Patent No. 11,435,360

| Claim Number | Claim Element | Exemplary Evidence of Nanomics' Infringement |
|---|---|---|
| | | *See, e.g.*, Wu et al., at 15 ("**Figure 4. Proteomic coverage of the Proteonano workflow in comparison to neat digestion workflow. a** Protein groups identified from a pooled healthy donor plasma sample processed using the Proteonano workflow and the neat plasma pipeline. DIA LC-MS/MS measurement was conducted on an Orbitrap Astral instrument (1% protein and peptide FDR; details in the Methods section). **b** Venn diagram comparing plasma proteomic coverage, highlighting overlaps between protein groups identified by the two workflows and those cataloged in the HPPP. **c** Intensity distribution of proteins groups detected matching the HPPP database. Intensities for proteins from neat plasma are shown in the upper panel. Intensities for the Proteonano are shown in the bottom panel. Black circles indicated FDA approved protein biomarkers. **d** A comparison of the Proteonano workflow and the neat workflow regarding the coverage of secreted proteins associated with 10 hallmarks of cancer progression."). <br><br> *See, e.g.*, Wu at 7 ("For peptide identification, the platform incorporates three high-resolution mass spectrometers—Orbitrap 480, Astral instruments (ThermoFisher Scientific), and timsTOF Pro 2 (Bruker Corporation)"). <br><br> *See, e.g.*, Wu et al., at 28 ("[T]he platform demonstrated exceptional capability for deep proteomic analysis of low-input plasma samples, achieving extensive proteome coverage, high throughput, a dynamic range spanning nine orders of magnitude"). |
| 3. | The method of claim 1, wherein the plurality of particles comprise iron oxide. | The Accused Products practice claim 1, wherein the plurality of particles comprise iron oxide. <br><br> *See, e.g.*, Wu et al. at 12 ("The core layer consists of superparamagnetic $Fe_3O_4$ nanoparticles with a uniform diameter of 200 nm"). |

Exhibit 6
Infringement Claim Chart for U.S. Patent No. 11,435,360

| Claim Number | Claim Element | Exemplary Evidence of Nanomics' Infringement |
|---|---|---|
| | | *See, e.g.*, Wu et al. at 33 ("The magnetic $Fe_3O_4$ particles were prepared according to a solvothermal approach."). <br><br> *See, e.g.*, Wang et al. at 29 ("Here we provide three representative MMNPs, namely, $Fe_3O_4$@Au-PP1, $Fe_3O_4$@Au-PP2 and $Fe_3O_4$@Au-PP3 . . . . One can see that the $Fe_3O_4$ nanoparticles have the relatively coarse surface and regular spherical shape with an average size of 200 nm. After modified with peptides, as shown in Figure S1E, the particle size increased to around 300 nm."). |