# EXHIBIT 7

Exhibit 7
Infringement Claim Chart for U.S. Patent No. 11,630,112

| Claim Number | Claim Element | Exemplary Evidence of Nanomics' Infringement |
|---|---|---|
| 1[pre] | An automated system for distinguishing states of a biological sample using a plurality of magnetic particles having surfaces with different physicochemical properties, the system comprising: | To the extent the preamble is limiting, the Accused Products comprise an automated system for distinguishing states of a biological sample using a plurality of magnetic particles having surfaces with different physiochemical properties.<br><br>*See, e.g.*, NANOMICS BIOTECHNOLOGY, "Data Sheet: A Scalable and Standardized Workflow for Large-Cohort Proteomics" (2025) ("Data Sheet"), at 2 ("Further enrichment analysis of the proteins identified using the Proteonano™ Ultraplex Proteomics platform revealed that the predominant tissue sources included the testis, lung, rectum, and liver. This suggests that plasma proteome profiling via Proteonano™ has the potential to capture proteins indicative of tissue-specific injury or pathological conditions, reflecting the physiological or disease states of their tissues of origin (Figure 5).").<br><br>*See, e.g.*, Wu et al.[1] at 4-5 ("[W]e utilized the Protein™ Platform for novel biomarker discovery from an Alzheimer's disease related cohort with 200 samples and demonstrated its utility in large-cohort plasma proteomics for biomarker discovery.").<br><br>*See, e.g.*, Wu et al. at 2 ("We further demonstrate the utility of this platform for biomarker discovery in an Alzheimer disease related cohort. This harmonized platform enables robust, fast and large-cohort plasma proteomics studies to meet the need to discovering new biomarkers."). |

---

[1] Wang, et al., "Technical Assessment of Proteonano™: A Robust Platform for Deep Plasma Proteomics Study," bioRxiv (Aug. 20, 2024) ("Wang et al.").

-1-

Exhibit 7
Infringement Claim Chart for U.S. Patent No. 11,630,112

| Claim Number | Claim Element | Exemplary Evidence of Nanomics' Infringement |
|---|---|---|
| | | *See, e.g.*, Wu et al.[2] at 26-27 ("Furthermore, we found that several proteins among the DEPs have been previously linked to cognitive decline in earlier research, indicating their potential significance in neurodegenerative processes. We highlight seven proteins—GPX1, RAC1, RAC2, AZU1, S100A4, SUCLG1, and CDC42, all of which have been implicated in various neurodegenerative processes . . . . These findings emphasize the significant roles of these proteins in neurodegenerative processes, highlighting them as potential targets and biomarkers for further research and therapeutic development."). <br><br> *See, e.g.*, Data Sheet at 1. <br><br> |

_____

[2] Wu, et al., "Proteonano™: A Robust Platform for Large Cohort Deep Plasma Proteomics Studies," bioRxiv (May 28, 2025) ("Wu et al.").

Exhibit 7
Infringement Claim Chart for U.S. Patent No. 11,630,112

| Claim Number | Claim Element | Exemplary Evidence of Nanomics' Infringement |
|---|---|---|
| | | *See, e.g.*, NANOMICS BIOTECHNOLOGY, Instructions to Proteonano™ Plasma Proteome Enrich Kit, Operations Manual (May 22, 2025) ("Operations Manual"), at 1. *See, e.g.*, NANOMICS BIOTECHNOLOGY, "Proteonano™ Ultraplex Proteomics: From plasma proteins to actionable insights — at scale" (YouTube Aug. 28, 2025), https://www.youtube.com/watch?v=bQZE3bxuei4 ("Aug. 28 YouTube"). |

Exhibit 7
Infringement Claim Chart for U.S. Patent No. 11,630,112

| Claim Number | Claim Element | Exemplary Evidence of Nanomics' Infringement |
|---|---|---|
| | | *See, e.g.*, NANOMICS BIOTECHNOLOGY, "Proteonano™ Plasma Proteome Enrichment Kit," https://www.nanomics.ai/plasma-proteome-enrich-kit. |

-4-

Exhibit 7
Infringement Claim Chart for U.S. Patent No. 11,630,112

| Claim Number | Claim Element | Exemplary Evidence of Nanomics' Infringement |
|---|---|---|
| | | *See, e.g.*, Wu et al.[3] Supplementary Information at 2. |

---

[3] Wu, et al., "Supplementary information to Proteonano™: A Robust Platform for Large Cohort Deep Plasma Proteomics Studies," bioRxiv (May 28, 2025) ("Wu et al. Supplementary Information").

Exhibit 7
Infringement Claim Chart for U.S. Patent No. 11,630,112

| Claim Number | Claim Element | Exemplary Evidence of Nanomics' Infringement |
|---|---|---|
| | | **1. Proteonano nanoparticles**<br><br>The Proteonano Enrich Kit is composed of hierarchically structured nanoparticles functionalized with peptides (PCNPs). The physicochemical properties of three peptides used in this work are shown in Supplemental Table 1.<br><br>**Supplemental Table 1.** The physicochemical properties of three peptides<br><br><table><tr><th>Name</th><th>Sequence</th><th>Length</th><th>$M_w$</th><th>Isoelectric Point</th><th>Charge (mV)</th><th>Hydrophobicity</th><th>GRAVY</th></tr><tr><td>PP1</td><td>HKAATKIQASFRGHIT RKKLC</td><td>21</td><td>2,395</td><td>11.73</td><td>0.30</td><td>38%</td><td>-0.65</td></tr><tr><td>PP2</td><td>DIEEVEVRSKYFKKNE RTVEC</td><td>21</td><td>2,602</td><td>4.90</td><td>-1.04</td><td>62%</td><td>-1.22</td></tr><tr><td>PP3</td><td>QETLKDTRSKFFNKPS MTVVC</td><td>21</td><td>2,460</td><td>9.73</td><td>1.95</td><td>48%</td><td>-0.63</td></tr></table><br><br>*See, e.g.*, Wu et al. at 10. |

Exhibit 7
Infringement Claim Chart for U.S. Patent No. 11,630,112

| Claim Number | Claim Element | Exemplary Evidence of Nanomics' Infringement |
|---|---|---|
| | | Proteonano™: A Robust Platform for Large Cohort Deep Plasma Proteomic Studies <br><br> *See, e.g.*, Wu et al. at 12 ("PCNPs can be visualized as a composition of three functional layer. The core layer consists of superparamagnetic $Fe_3O_4$ nanoparticles with a uniform diameter of 200 nm and remarkable homogeneity. The middle layer features a thin coating of Au particles, deposited as discrete nanospheres. The outer layer comprises chemically modified peptide ligands with a density of approximately 46.0 µg.mg."). |

-7-

Exhibit 7
Infringement Claim Chart for U.S. Patent No. 11,630,112

| Claim Number | Claim Element | Exemplary Evidence of Nanomics' Infringement |
|---|---|---|
| 1[a] | (a) a fluid transfer unit comprising a multichannel fluid transfer instrument for transferring fluids between units within the system; | The Accused Products comprise a fluid transfer unit comprising a multichannel fluid transfer.<br><br>*See, e.g.*, Wu et al. at 7 ("The135 Nanomation G1 workstation includes a heater-shaker module for nanoparticle-plasma incubation, a 136 magnetic module for protein corona separation, and an 8-channel liquid handler for parallel pipetting.").<br><br>*See, e.g.*, NANOMICS BIOTECHNOLOGY, "G1 Pro Workstation", https://www.nanomics.ai/g1-pro-workstation (describing the Proteonano G1 Pro Proteomics Workstation as modular, with modules that include a "Single-Channel Pipette" that is described as a "Flexible single-well operations for special workflows and calibration" as well as an "8-Channell Pipette" that is described as a "High-throughout liquid handling optimized for 96-well Proteonano workflows."). |

Exhibit 7
Infringement Claim Chart for U.S. Patent No. 11,630,112

| Claim Number | Claim Element | Exemplary Evidence of Nanomics' Infringement |
|---|---|---|
| | | |

-9-

Exhibit 7
Infringement Claim Chart for U.S. Patent No. 11,630,112

| Claim Number | Claim Element | Exemplary Evidence of Nanomics' Infringement |
|---|---|---|
| | | *See, e.g.*, NANOMICS BIOTECHNOLOGY, "G1 Pro Workstation," https://www.nanomics.ai/g1-pro-workstation (embedded video) (demonstrating multichannel fluid handler (i) transferring fluid between units within the system, (ii) pipetting an apparent mixture of nanoparticles in a singular long well, (iii) transferring the apparent nanoparticle mixture from the well to the magnetic module GEN1, and (iv) injecting the apparent nanoparticle mixture onto the 96-well plate on top of the magnetic module GEN1). |

-10-

Exhibit 7
Infringement Claim Chart for U.S. Patent No. 11,630,112

| Claim Number | Claim Element | Exemplary Evidence of Nanomics' Infringement |
|---|---|---|
| | | |

Exhibit 7
Infringement Claim Chart for U.S. Patent No. 11,630,112

| Claim Number | Claim Element | Exemplary Evidence of Nanomics' Infringement |
|---|---|---|
| | | *See, e.g.*, '222 patent infringement claim chart, element 1[a] |
| 1[b] | (b) a sample storage unit comprising a support for storing a plurality of biological samples; | The Accused Products comprise a sample storage unit comprising a support for storing a plurality of biological samples.<br><br>*See, e.g.*, Wu et al. at 36 ("Plasma samples were dispensed on 96 well flat bottom assay plates for subsequent processing.").<br><br>*See, e.g.*, NANOMICS BIOTECHNOLOGY, "G1 Pro Workstation," https://www.nanomics.ai/g1-pro-workstation (embedded video) (demonstrating multichannel fluid handler (i) transferring fluid between units within the system, (ii) pipetting an apparent mixture of nanoparticles in a singular long well, (iii) transferring the apparent nanoparticle mixture from the well to the magnetic module GEN1, and (iv) injecting the apparent nanoparticle mixture onto the 96-well plate on top of the magnetic module GEN1). |

-12-

Exhibit 7
Infringement Claim Chart for U.S. Patent No. 11,630,112

| Claim Number | Claim Element | Exemplary Evidence of Nanomics' Infringement |
|---|---|---|
| | | <br> |

-13-

Exhibit 7
Infringement Claim Chart for U.S. Patent No. 11,630,112

| Claim Number | Claim Element | Exemplary Evidence of Nanomics' Infringement |
|---|---|---|
| | | <br><br>*See, e.g.*, '222 patent infringement claim chart, element 1[b]. |
| 1[c] | (c) a sensing unit comprising a support and a magnetic sensor array, wherein the magnetic sensor array is removably coupled to the support and comprises partitions that comprise the plurality of magnetic particles having surfaces with different physicochemical properties for binding a population of analytes within the biological sample, wherein the plurality of magnetic particles are configured to bind to at least 300 different proteins; | The Accused Products comprise a sensing unit comprising a support and a magnetic sensor array, wherein the magnetic sensor array is removably coupled to the support and comprises partitions that comprise the plurality of magnetic particles having surfaces with different physiochemical properties for binding a population of analytes within the biological sample, wherein the plurality of magnetic particles are configured to bind to at least 300 different proteins.<br><br>*See, e.g.*, Operations Manual at 4 ("Add 20 µL prepared Enrichment Nanobeads to the plasma/serum in EN-Binding Buffer, gently vortex to mix, and place the microcentrifuge in a microcentrifuge heater shaker, incubate at room temperature, shake at 1500 rpm for 1 hour."). |

-14-

Exhibit 7
Infringement Claim Chart for U.S. Patent No. 11,630,112

| Claim Number | Claim Element | Exemplary Evidence of Nanomics' Infringement |
|---|---|---|
| | | *See, e.g.*, Wu et al. at 36 ("Automatic sample preparation was performed in batches utilizing Nanomation G1 workstation, equipped with both a magnetic module and a heater shaker module. Plasma samples were dispensed on 96 well flat bottom assay plates for subsequent processing."). <br><br> *See, e.g.*, NANOMICS BIOTECHNOLOGY, "G1 Pro Workstation," https://www.nanomics.ai/g1-pro-workstation (explaining that modules are removable and may be moved around the device as desired). <br><br> |

Exhibit 7
Infringement Claim Chart for U.S. Patent No. 11,630,112

| Claim Number | Claim Element | Exemplary Evidence of Nanomics' Infringement |
|---|---|---|
|  |  | *See, e.g.*, Wu et al. Supplementary Information at 3.<br><br><br><br>**2. Layout of the Nanomation workstation**<br><br>**Supplemental Figure. 1** The top view of the Nanomation workstation.<br><br>*See, e.g.*, Wu et al. at 10. |

-16-

Exhibit 7
Infringement Claim Chart for U.S. Patent No. 11,630,112

| Claim Number | Claim Element | Exemplary Evidence of Nanomics' Infringement |
|---|---|---|
| | | <br><br>*See, e.g.*, Wu et al. at 16 ("2,987 ± 12 protein groups (AVG ± SE, n=3) at 180SPD and 3,817 ± 4 protein groups (AVG ± SE, n=3) at 100SPD."). |
| 1[d] | (d) a reagent storage unit comprising supports for storing a plurality of reagents; | The Accused Products comprise a reagent storage unit comprising supports for storing a plurality of reagents.<br><br>*See, e.g.*, Operations Manual at 1-2 (showing kit components including numerous reagents). |

-17-

Exhibit 7
Infringement Claim Chart for U.S. Patent No. 11,630,112

| Claim Number | Claim Element | Exemplary Evidence of Nanomics' Infringement |
|---|---|---|
| | | |

-18-

Exhibit 7
Infringement Claim Chart for U.S. Patent No. 11,630,112

| Claim Number | Claim Element | Exemplary Evidence of Nanomics' Infringement |
|---|---|---|
| | | <br><br>*See, e.g.*, NANOMICS BIOTECHNOLOGY, "G1 Pro Workstation," https://www.nanomics.ai/g1-pro-workstation (listing modules including a large 1-well reservoir, 195 mL) |

-19-

Exhibit 7
Infringement Claim Chart for U.S. Patent No. 11,630,112

| Claim Number | Claim Element | Exemplary Evidence of Nanomics' Infringement |
|---|---|---|
| | | *See, e.g.*, Wu et al. at 36 ("Sample Preparation by the Proteonano Workflow"). *See, e.g.*, Wu et al. Supplementary Information at 3. |

-20-

Exhibit 7
Infringement Claim Chart for U.S. Patent No. 11,630,112

| Claim Number | Claim Element | Exemplary Evidence of Nanomics' Infringement |
|---|---|---|
| | | Supplemental Figure. 1 The top view of the Nanomation workstation. *See, e.g.*, '222 patent infringement claim chart, element 1[d]. |
| 1[e] | (e) a waste unit comprising supports for storing a reagent to be disposed of; | The Accused Products comprise a waste unit comprising supports for storing a reagent to be disposed of. *See, e.g.*, Data Sheet at Figure 1. *See also* NANOMICS BIOTECHNOLOGY "G1 Basic: An ALL-IN-ONE Workstation for streamlined proteomics" (YouTube Jan. 14, 2026), https://www.youtube.com/watch?v=Xv2NJcleCAM (G1 Basic: An ALL-IN-ONE Workstation for streamlined proteomics) ("Jan. 14 YouTube") (identifying "Waste container" as module in the system). |

-21-

Exhibit 7
Infringement Claim Chart for U.S. Patent No. 11,630,112

| Claim Number | Claim Element | Exemplary Evidence of Nanomics' Infringement |
|---|---|---|
| | | *See, e.g.*, '222 patent infringement claim chart, element 1[e]. |
| 1[f] | (f) a consumable storage unit comprising supports for storing consumables for use by the multichannel fluid transfer instrument; | The Accused Products comprise a consumable storage unit comprising supports for storing consumables for use by the multichannel fluid transfer instrument. *See, e.g.*, NANOMICS BIOTECHNOLOGY, "G1 Pro Workstation," https://www.nanomics.ai/g1-pro-workstation. |

-22-

Exhibit 7
Infringement Claim Chart for U.S. Patent No. 11,630,112

| Claim Number | Claim Element | Exemplary Evidence of Nanomics' Infringement |
|---|---|---|
|  |  | <br><br>*See, e.g.*, NANOMICS BIOTECHNOLOGY "Discover Proteonano™ G1 Pro: How to Accelerate high throughput Proteomics" https://www.nanomics.ai/g1-pro-workstation (embedded video ) (showing storage unites comprising pipette tips for use by the multichannel fluid transfer instrument). ("May 28 YouTube"). |

Exhibit 7
Infringement Claim Chart for U.S. Patent No. 11,630,112

| Claim Number | Claim Element | Exemplary Evidence of Nanomics' Infringement |
|---|---|---|
| | | *See, e.g.*, Jan. 14 YouTube. *See, e.g.*, Data Sheet at Figure 1. |

Exhibit 7
Infringement Claim Chart for U.S. Patent No. 11,630,112

| Claim Number | Claim Element | Exemplary Evidence of Nanomics' Infringement |
|---|---|---|
| | | *Figure 1*: Proteonano™ Ultraplex Proteomics Platform<br><br>*See, e.g.*, Operations Manual at 1 (Kit Components). |
| 1[g] | (g) a magnetized support, wherein the one or more processors are further programmed to transfer the magnetic sensor array to the magnetized support; and | The Accused Products comprise a magnetized support, wherein the one or more processors are further programmed to transfer the magnetic sensor array to the magnetized support.<br><br>*See, e.g.*, Operations Manual at 4 (Experimental Procedures) (disclosing that the incubation and wash use magnetic support). |

Exhibit 7
Infringement Claim Chart for U.S. Patent No. 11,630,112

| Claim Number | Claim Element | Exemplary Evidence of Nanomics' Infringement |
|---|---|---|
| | | |

-26-

Exhibit 7
Infringement Claim Chart for U.S. Patent No. 11,630,112

| Claim Number | Claim Element | Exemplary Evidence of Nanomics' Infringement |
|---|---|---|
| | | <br><br>*See, e.g.*, Wang et al. at 5 ("Automatic sample preparation was performed in batches utilizing Nanomation™ G1 workstation (Nanomics Biotech), equipped with both a magnetic module and a heater shaker module.").<br><br>*See, e.g.*, Aug. 28 YouTube (demonstrating the use of the magnetic module to separate beads and that one or more processors may be further programmed to transfer the magnetic sensor array to the magnetized support). |

Exhibit 7
Infringement Claim Chart for U.S. Patent No. 11,630,112

| Claim Number | Claim Element | Exemplary Evidence of Nanomics' Infringement |
|---|---|---|
| | | |

Exhibit 7
Infringement Claim Chart for U.S. Patent No. 11,630,112

| Claim Number | Claim Element | Exemplary Evidence of Nanomics' Infringement |
|---|---|---|
| 1[h] | (h) a control unit comprising one or more processors programmed to perform steps comprising: | The Accused Products comprise a control unit comprising one or more processors programmed to perform steps (h)(i)-(v).<br><br>*See, e.g.*, Aug. 28 YouTube (demonstrating an interface located on the right side of the instrument that communicates to a control unit).<br><br> |
| 1[i] | i. contacting the biological sample with a partition of the magnetic sensor array; | The Accused Products comprise contacting the biological sample with a partition of the magnetic sensor array.<br><br>*See, e.g.*, Wu et al. at 36 ("Plasma samples were dispensed on 96 well flat bottom assay plates for subsequent processing. For most experiments, 40 μL of human plasma was diluted to a final volume of 100 μL by using 1 x PBS at pH7.4 and was subsequently combined with PCNPs (as synthesized above) from the Proteonano reagent in a 1:1 volumetric ratio.").<br><br>*See, e.g.*, https://www.youtube.com/watch?v=bQZE3bxuei4 (Proteonano Ultraplex Proteomics: From plasma proteins to actionable insights – at scale) |

Exhibit 7
Infringement Claim Chart for U.S. Patent No. 11,630,112

| Claim Number | Claim Element | Exemplary Evidence of Nanomics' Infringement |
|---|---|---|
| | | (demonstrating injecting the apparent nanoparticle mixture onto the 96-well plate on top of the magnetic module GEN1). |
| 1[j] | ii. incubating the biological sample with the plurality of magnetic particles of the magnetic sensor array; | The Accused Products comprise incubating the biological sample with the plurality of magnetic particles of the magnetic sensor array. *See, e.g.*, NANOMICS BIOTECHNOLOGY, "Application Note: Proteonano™ Ultraplex Platform for Robust and Fast Large cohort Proteomic Studies" (2025) at Figure 5. |

-30-

Exhibit 7
Infringement Claim Chart for U.S. Patent No. 11,630,112

| Claim Number | Claim Element | Exemplary Evidence of Nanomics' Infringement |
|---|---|---|
|  |  | See, e.g., May 28 YouTube. |

-31-

Exhibit 7
Infringement Claim Chart for U.S. Patent No. 11,630,112

| Claim Number | Claim Element | Exemplary Evidence of Nanomics' Infringement |
|---|---|---|
| | | *See, e.g.*, NANOMICS BIOTECHNOLOGY, "TECNOLOGY," https://www.nanomics.ai/technology (embedded video). |

Exhibit 7
Infringement Claim Chart for U.S. Patent No. 11,630,112

| Claim Number | Claim Element | Exemplary Evidence of Nanomics' Infringement |
|---|---|---|
| | | *See, e.g.*, Aug. 28 YouTube. *See, e.g.*, Data Sheet at 3. |

Exhibit 7
Infringement Claim Chart for U.S. Patent No. 11,630,112

| Claim Number | Claim Element | Exemplary Evidence of Nanomics' Infringement |
|---|---|---|
| | | |
| 1[k] | iii. removing components from the partition except the plurality of magnetic particles and the population of analytes interacting with the plurality of magnetic particles; | The Accused Products comprise removing components from the partition except the plurality of magnetic particles and the population of analytes interacting with the plurality of magnetic particles.<br><br>*See, e.g.*, Wang et al. at 6 ("Following magnetic immobilization, MMNPs were washed thrice with 1 x PBS. Proteins captured on the MMNPs were reduced by 20 mM DTT at 37 ℃ for 60 min…."). <br><br>*See, e.g.*, Operations Manual at 4-5 (Experimental Procedures). |

Exhibit 7
Infringement Claim Chart for U.S. Patent No. 11,630,112

| Claim Number | Claim Element | Exemplary Evidence of Nanomics' Infringement |
|---|---|---|
|  |  | |

Exhibit 7
Infringement Claim Chart for U.S. Patent No. 11,630,112

| Claim Number | Claim Element | Exemplary Evidence of Nanomics' Infringement |
|---|---|---|
| | | determine the best duration for Enrichment Nanobeads immobilization steps in the protocol. To ensure complete Enrichment Nanobeads recovery, magnetic separation time can be extended to 10 minutes for the initial experiment.<br><br>5. Add 180 μL EN-Wash Buffer to the centrifuge tube, gently vortex to resuspend Enrichment Nanobeads, place the centrifuge tube on the magnetic rack for at least 3 minutes, until Enrichment Nanobeads is completely collected by the magnet, and discard the supernatant by pipetting. Repeat 2 times, remove supernatant completely after final wash*.<br><br>● *Protein enrichment is complete after this step. Enriched proteins absorbed by Enrichment Nanobeads do not need to be eluted. Proteins bound to Enrichment Nanobeads can be directly subjected to subsequent denaturation, reduction, alkylation, digestion, and desalting. |
| 1[l] | iv. adding a solution to the partition such that the population of analytes are desorbed from the plurality of magnetic particles; and | The Accused Products comprise adding a solution to the partition such that the population of analytes are desorbed from the plurality of magnetic particles.<br><br>*See, e.g.*, Wu et al. at 36 ("Proteins captured on the PCNPs were reduced . . . . Alkylation was performed . . . .  Trypsin [] digestion was carried out . . . . Post-digestion, peptides were purified using desalting C18 columns…and lyophilized. . . .  Lyophilized peptides were then reconstituted in 0.1 % formic acid prior to mass spectrometry.").<br><br>*See, e.g.*, Wang et al. at 6 ("Following magnetic immobilization, MMNPs were washed thrice with 1 x PBS. Proteins captured on the MMNPs were reduced by 20 mM DTT at 37 °C for 60 min. Alkylation was performed using 50 mM iodoacetamide (IAA) at room temperature in darkness for 30 min. Trypsin (Promega Corporation, Madison, WI, USA) digestion was carried out at 37°C for a duration of 16 hours with shaking at 1000 rpm. Post-digestion, peptides were purified using desalting C18 columns in micropipette tip format (ThermoFisher Scientific) and lyophilized with a LyoQuest freeze dryer (LyoQuest, Telstar, Terrassa, Spain). Lyophilized peptides were then reconstituted in 0.1 % formic acid prior to mass spectrometry. Peptide |

Exhibit 7
Infringement Claim Chart for U.S. Patent No. 11,630,112

| Claim Number | Claim Element | Exemplary Evidence of Nanomics' Infringement |
|---|---|---|
| | | concentrations were measured with a Nano300 microvolume spectrophotometer (Allsheng Instruments, China)."). <br><br> *See, e.g.*, Operations Manual at 5-6 (Denaturation, Reduction, Alkylation, and Digestion). <br><br> |

Exhibit 7
Infringement Claim Chart for U.S. Patent No. 11,630,112

| Claim Number | Claim Element | Exemplary Evidence of Nanomics' Infringement |
|---|---|---|
| | | 4. Add 60 µL of the digested protein sample prepared in 7.2 Denaturation, Reduction, Alkylation, and Digestion step 3 to the desalting tip prepared in the last step. Centrifuge at 1200 × g for 3 minutes at room temperature and discard the flow through.<br><br>5. Add 100 µL Wash Buffer to the desalting tip. Centrifuge at 1200 × g for 3 minutes at room temperature, discard the flow through. Repeat the step twice, for a total of three washes.<br><br>6. Add 50 µL Elution Buffer to the desalting tip. Centrifuge at 1200 × g for 3 minutes at room temperature, collect the eluent.<br><br>7. Add additional 50 µL Elution Buffer to the desalting tip. Centrifuge at 1200 × g for 3 minutes at room temperature. collect the eluent.<br><br>8. Add additional 50 µL Elution Buffer to the desalting tip. Centrifuge at 1200 × g for 3 minutes at room temperature, collect and combine the total 150 µL of eluent from this step and the last two elution steps.<br><br>9. Completely dry the eluent by using a Vacuum Freezer or equivalent equipment.<br><br>10. Add 20 µL Resuspend Buffer to dissolve lyophilized peptide powder.<br><br>11. Store at -80 °C until peptide concentration measurement and LC-MS analysis |
| 1[m] | v. preparing the desorbed population of analytes comprising the at least 300 different proteins for mass spectrometry. | The Accused Products comprise preparing the desorbed population of analytes comprising the at least 300 different proteins for mass spectrometry.<br><br>*See, e.g.*, Wu et al. at 16 ("2,987 ± 12 protein groups (AVG ± SE, n=3) at 180SPD and 3,817 ± 4 protein groups (AVG ± SE, n=3) at 100SPD.").<br><br>*See, e.g.*, Wu et al. at 16-17 (illustrating LC-MS followed by data analysis)<br><br>*See, e.g.*, Operations Manual at 5-6. |

Exhibit 7
Infringement Claim Chart for U.S. Patent No. 11,630,112

| Claim Number | Claim Element | Exemplary Evidence of Nanomics' Infringement |
|---|---|---|
| | | 7.2.Denaturation, Reduction, Alkylation, and Digestion<br><br>1. Add 20 µL Digestion Buffer 1 to the microcentrifuge tube containing Enrichment Nanobeads from the last step, incubate and shake at 1500 rpm at 55 °C on microcentrifuge tube heater shaker for 0.5 hours.<br><br>2. Brief centrifuge to collect reagent on the bottom of microcentrifuge tube. Allow the sample to return to room temperature.<br><br>3. Transfer 1 mL (when using 48x kit) or 200 µL (when using 8x kit) of Digestion Buffer 2 into the bottle of Enzyme and vortex to fully dissolve the Enzyme. Add 20 µL dissolved Enzyme. Incubate and shake at 1500 rpm and 37 °C in the dark for 2 hours.<br><br>4. Add 20 µL Ending Buffer to stop tryptic digestion. Vortex to mix well and place the centrifuge tube on the magnetic rack for at least 3 minutes, until Enrichment Nanobeads is completely collected by the magnet. Transfer the supernatant (approximately 60 µL) by pipetting for subsequent of processing.<br><br>7.3.Desalting and Lyophilization<br><br>1. Assemble desalting tip on microfuge tube.<br><br>2. Add 200 µL Activating Buffer to the desalting tip. Centrifuge at 1200 × g for 3 minutes at room temperature, then discard the Activating Buffer.<br><br>3. Add 200 µL Wash Buffer to the desalting tip. Centrifuge at 1200 × g for 3 minutes at room temperature, then discard the Wash Buffer.<br><br>https://www.nanomics.bio    5 / 7    For research use-only |

-39-

Exhibit 7
Infringement Claim Chart for U.S. Patent No. 11,630,112

| Claim Number | Claim Element | Exemplary Evidence of Nanomics' Infringement |
|---|---|---|
| | | 4. Add 60 µL of the digested protein sample prepared in 7.2 Denaturation, Reduction, Alkylation, and Digestion step 3 to the desalting tip prepared in the last step. Centrifuge at 1200 × g for 3 minutes at room temperature and discard the flow through. 5. Add 100 µL Wash Buffer to the desalting tip. Centrifuge at 1200 × g for 3 minutes at room temperature, discard the flow through. Repeat the step twice, for a total of three washes. 6. Add 50 µL Elution Buffer to the desalting tip. Centrifuge at 1200 × g for 3 minutes at room temperature, collect the eluent. 7. Add additional 50 µL Elution Buffer to the desalting tip. Centrifuge at 1200 × g for 3 minutes at room temperature. collect the eluent. 8. Add additional 50 µL Elution Buffer to the desalting tip. Centrifuge at 1200 × g for 3 minutes at room temperature, collect and combine the total 150 µL of eluent from this step and the last two elution steps. 9. Completely dry the eluent by using a Vacuum Freezer or equivalent equipment. 10. Add 20 µL Resuspend Buffer to dissolve lyophilized peptide powder. 11. Store at -80 °C until peptide concentration measurement and LC-MS analysis |

-40-