# EXHIBIT 8

Exhibit 8
Infringement Claim Chart of U.S. Patent No. 12,050,222

| Claim Number | Claim Element | Exemplary Evidence of Nanomics' Infringement |
|---|---|---|
| 16[pre] | An automated system for preparing a biological sample for mass spectrometry analysis using a plurality of magnetic particles comprising at least one physicochemical property, the system comprising: | To the extent the preamble is limiting, the Accused Products comprise an automated system for preparing a biological sample for mass spectrometry analysis using a plurality of magnetic particles comprising at least one physiochemical property.<br><br>*See, e.g.*, NANOMICS BIOTECHNOLOGY "Data Sheet: A Scalable and Standardized Workflow for Large-Cohort Proteomics" (2025) ("Data Sheet"), at 1 ("Automated Sample Preparation" and "Automated sample prep by Proteonano workflow (G1 Pro)").<br><br><br><br>*See, e.g.*, Data Sheet at 4 ("By assembling nanotech, automation, and artificial intelligence, our fully automated, high throughput platform will enable large-scale, rapid mining of the complete set of human plasma proteome and fundamentally transform the way we discover new biomarkers and drug targets."). |

Exhibit 8
Infringement Claim Chart of U.S. Patent No. 12,050,222

| Claim Number | Claim Element | Exemplary Evidence of Nanomics' Infringement |
|---|---|---|
| | | *See, e.g.*, Data Sheet at 2 ("Further enrichment analysis of the proteins identified using the Proteonano™ Ultraplex Proteomics platform revealed that the predominant tissue sources included the testis, lung, rectum, and liver. This suggests that plasma proteome profiling via Proteonano™ has the potential to capture proteins indicative of tissue-specific injury or pathological conditions, reflecting the physiological or disease states of their tissues of origin ( Figure 5)."). <br><br> *See, e.g.*, Wu et al.[1] at 36 ("Proteins captured on the PCNPs were reduced…. Alkylation was performed…. Trypsin [] digestion was carried out…. Post-digestion, peptides were purified using desalting C18 columns…and lyophilized…. Lyophilized peptides were then reconstituted in 0.1 % formic acid prior to mass spectrometry."). <br><br> *See, e.g.*, Wang et al.[2] at 6 ("Following magnetic immobilization, MMNPs were washed thrice with 1 x PBS. Proteins captured on the MMNPs were reduced by 20 mM DTT at 37 °C for 60 min. Alkylation was performed using 50 mM iodoacetamide (IAA) at room temperature in darkness for 30 min. Trypsin (Promega Corporation, Madison, WI, USA) digestion was carried out at 37°C for a duration of 16 hours with shaking at 1000 rpm. Post-digestion, peptides were purified using desalting C18 columns in micropipette tip format (ThermoFisher Scientific) and lyophilized with a LyoQuest freeze dryer (LyoQuest, Telstar, Terrassa, Spain). Lyophilized peptides were then reconstituted in 0.1 % formic acid prior to mass spectrometry. Peptide concentrations were measured with a Nano300 microvolume spectrophotometer (Allsheng Instruments, China)."). |

---

[1] Wu, et al., "Proteonano™: A Robust Platform for Large Cohort Deep Plasma Proteomics Studies," bioRxiv (May 28, 2025) ("Wu et al.").

[2] Wang, et al., "Technical Assessment of Proteonano™: A Robust for Large Cohort Deep Plasma Proteomics Study," bioRxiv (Aug. 20, 2024. ("Wang et al.").

Exhibit 8
Infringement Claim Chart of U.S. Patent No. 12,050,222

| Claim Number | Claim Element | Exemplary Evidence of Nanomics' Infringement |
|---|---|---|
| | | *See, e.g.*, NANOMICS BIOTECHNOLOGY, Instructions to Proteonano™ Plasma Proteome Enrich Kit, Operations Manual (May 22, 2025) ("Operations Manual"), at 5-6. |

7.2. Denaturation, Reduction, Alkylation, and Digestion

1. Add 20 µL Digestion Buffer 1 to the microcentrifuge tube containing Enrichment Nanobeads from the last step, incubate and shake at 1500 rpm at 55 °C on microcentrifuge tube heater shaker for 0.5 hours.

2. Brief centrifuge to collect reagent on the bottom of microcentrifuge tube. Allow the sample to return to room temperature.

3. Transfer 1 mL (when using 48x kit) or 200 µL (when using 8x kit) of Digestion Buffer 2 into the bottle of Enzyme and vortex to fully dissolve the Enzyme. Add 20 µL dissolved Enzyme. Incubate and shake at 1500 rpm and 37 °C in the dark for 2 hours.

4. Add 20 µL Ending Buffer to stop tryptic digestion. Vortex to mix well and place the centrifuge tube on the magnetic rack for at least 3 minutes, until Enrichment Nanobeads is completely collected by the magnet. Transfer the supernatant (approximately 60 µL) by pipetting for subsequent of processing.

7.3. Desalting and Lyophilization

1. Assemble desalting tip on microfuge tube.

2. Add 200 µL Activating Buffer to the desalting tip. Centrifuge at 1200 × g for 3 minutes at room temperature, then discard the Activating Buffer.

3. Add 200 µL Wash Buffer to the desalting tip. Centrifuge at 1200 × g for 3 minutes at room temperature, then discard the Wash Buffer.

https://www.nanomics.bio          5 / 7          For research use only

Exhibit 8
Infringement Claim Chart of U.S. Patent No. 12,050,222

| Claim Number | Claim Element | Exemplary Evidence of Nanomics' Infringement |
|---|---|---|
|  |  | 4. Add 60 μL of the digested protein sample prepared in 7.2 Denaturation, Reduction, Alkylation, and Digestion step 3 to the desalting tip prepared in the last step. Centrifuge at 1200 × g for 3 minutes at room temperature and discard the flow through.<br><br>5. Add 100 μL Wash Buffer to the desalting tip. Centrifuge at 1200 × g for 3 minutes at room temperature, discard the flow through. Repeat the step twice, for a total of three washes.<br><br>6. Add 50 μL Elution Buffer to the desalting tip. Centrifuge at 1200 × g for 3 minutes at room temperature, collect the eluent.<br><br>7. Add additional 50 μL Elution Buffer to the desalting tip. Centrifuge at 1200 × g for 3 minutes at room temperature. collect the eluent.<br><br>8. Add additional 50 μL Elution Buffer to the desalting tip. Centrifuge at 1200 × g for 3 minutes at room temperature, collect and combine the total 150 μL of eluent from this step and the last two elution steps.<br><br>9. Completely dry the eluent by using a Vacuum Freezer or equivalent equipment.<br><br>10. Add 20 μL Resuspend Buffer to dissolve lyophilized peptide powder.<br><br>11. Store at -80 °C until peptide concentration measurement and LC-MS analysis<br><br>*See, e.g.*, Operations Manual at 4-5. |

Exhibit 8
Infringement Claim Chart of U.S. Patent No. 12,050,222

| Claim Number | Claim Element | Exemplary Evidence of Nanomics' Infringement |
|---|---|---|
| | | |

Exhibit 8
Infringement Claim Chart of U.S. Patent No. 12,050,222

| Claim Number | Claim Element | Exemplary Evidence of Nanomics' Infringement |
|---|---|---|
| | | determine the best duration for Enrichment Nanobeads immobilization steps in the protocol. To ensure complete Enrichment Nanobeads recovery, magnetic separation time can be extended to 10 minutes for the initial experiment. <br><br> 5. Add 180 μL EN-Wash Buffer to the centrifuge tube, gently vortex to resuspend Enrichment Nanobeads, place the centrifuge tube on the magnetic rack for at least 3 minutes, until Enrichment Nanobeads is completely collected by the magnet, and discard the supernatant by pipetting. Repeat 2 times, remove supernatant completely after final wash*. <br><br> ● *Protein enrichment is complete after this step. Enriched proteins absorbed by Enrichment Nanobeads do not need to be eluted. Proteins bound to Enrichment Nanobeads can be directly subjected to subsequent denaturation, reduction, alkylation, digestion, and desalting. <br><br> *See, e.g.*, *infra* claim element 16[k]. <br><br> *See, e.g.*, '112 patent infringement chart, element 1[pre]. |
| 16[a] | (a) a fluid transfer unit comprising a multichannel fluid transfer instrument for transferring fluid between units within the system; | The Accused Products comprise a fluid transfer unit comprising a multichannel fluid transfer instrument for transferring fluid between units within the system. <br><br> *See, e.g.*, Wu et al. at 7 ("The Nanomation G1 workstation includes a heater-shaker module for nanoparticle-plasma incubation, a magnetic module for protein corona separation, and an 8-channel liquid handler for parallel pipetting."). <br><br> *See, e.g.*, NANOMICS BIOTECHNOLOGY, "G1 Pro Workstation," https://www.nanomics.ai/g1-pro-workstation (describing the Proteonano G1 Pro Proteomics Workstation as modular, with modules that include a "Single-Channel Pipette" that is described as a "Flexible single-well operations for special workflows and calibration" as well as an "8-Channell Pipette" that is described as a "High-throughout liquid handling optimized for 96-well Proteonano workflows"). |

-6-

Exhibit 8
Infringement Claim Chart of U.S. Patent No. 12,050,222

| Claim Number | Claim Element | Exemplary Evidence of Nanomics' Infringement |
|---|---|---|
| | | |

Exhibit 8
Infringement Claim Chart of U.S. Patent No. 12,050,222

| Claim Number | Claim Element | Exemplary Evidence of Nanomics' Infringement |
|---|---|---|
| | | <br><br>*See, e.g.*, NANOMICS BIOTECHNOLOGY, "G1 Pro Workstation," https://www.nanomics.ai/g1-pro-workstation (embedded video) (demonstrating multichannel fluid handler (i) transferring fluid between units within the system, (ii) pipetting an apparent mixture of nanoparticles in a singular long well, (iii) transferring the apparent nanoparticle mixture from the well to the magnetic module GEN1, and (iv) injecting the apparent nanoparticle mixture onto the 96-well plate on top of the magnetic module GEN1). |

-8-

Exhibit 8
Infringement Claim Chart of U.S. Patent No. 12,050,222

| Claim Number | Claim Element | Exemplary Evidence of Nanomics' Infringement |
|---|---|---|
|  |  | <br> |

-9-

Exhibit 8
Infringement Claim Chart of U.S. Patent No. 12,050,222

| Claim Number | Claim Element | Exemplary Evidence of Nanomics' Infringement |
|---|---|---|
| | | *See, e.g.*, '112 patent infringement claim chart, element 1[a] |
| 16[b] | (b) a sample storage unit comprising a support for storing at least one biological sample; | The Accused Products comprise a sample storage unit comprising a support for storing at least one biological sample. *See, e.g.*, Wu et al. at 36 ("Plasma samples were dispensed on 96 well flat bottom assay plates for subsequent processing."). *See, e.g.*, NANOMICS BIOTECHNOLOGY, "G1 Pro Workstation," https://www.nanomics.ai/g1-pro-workstation (embedded video) (demonstrating multichannel fluid handler (i) transferring fluid between units within the system, (ii) pipetting an apparent mixture of nanoparticles in a singular long well, (iii) transferring the apparent nanoparticle mixture from the well to the magnetic module GEN1, and (iv) injecting the apparent nanoparticle mixture onto the 96-well plate on top of the magnetic module GEN1). |

Exhibit 8
Infringement Claim Chart of U.S. Patent No. 12,050,222

| Claim Number | Claim Element | Exemplary Evidence of Nanomics' Infringement |
|---|---|---|
| | | <br><br>*See, e.g.*, '112 patent infringement claim chart, element 1[b]. |
| 16[c] | (c) a sensing unit comprising a magnetic sensor array, wherein the magnetic sensor array comprises at least two partitions that comprise the plurality of magnetic particles wherein the plurality of magnetic particles comprises physicochemical properties configured to bind a population of proteins comprising at least 300 protein groups within a biological sample, wherein the plurality of magnetic particles comprises a polydispersity index of 0.01 to 0.1, | The Accused Products comprise a sensing unit comprising a magnetic sensor array, wherein the magnetic sensor array comprises at least two partitions that comprise the plurality of magnetic particles wherein the plurality of magnetic particles comprises physicochemical properties configured to bind a population of proteins comprising at least 300 protein groups within a biological sample, wherein the plurality of magnetic particles comprises a polydispersity index of 0.01 to 0.1, and wherein the support is configured to immobilize the plurality of magnetic particles when the magnetic sensor array is transferred to the support.<br><br>*See, e.g.*, Operations Manual at 4 ("Add 20 μL prepared Enrichment Nanobeads to the plasma/serum in EN-Binding Buffer, gently vortex to mix, and place the microcentrifuge in a microcentrifuge heater shaker, incubate at room temperature, shake at 1500 rpm for 1 hour."). |

-11-

Exhibit 8
Infringement Claim Chart of U.S. Patent No. 12,050,222

| Claim Number | Claim Element | Exemplary Evidence of Nanomics' Infringement |
|---|---|---|
| | and wherein the support is configured to immobilize the plurality of magnetic particles when the magnetic sensor array is transferred to the support; | *See, e.g.*, Wu et al. at 36 ("Automatic sample preparation was performed in batches utilizing Nanomation G1 workstation, equipped with both a magnetic module and a heater shaker module. Plasma samples were dispensed on 96 well flat bottom assay plates for subsequent processing."). <br><br> *See, e.g.*, Operations Manual at 1. <br><br> <br><br> *See, e.g.*, NANOMICS BIOTECHNOLOGY, "Proteonan™ Ultraplex Proteomics: From plasma proteins to actionable insights — at scale" (YouTube Aug. 28, 2025), https://www.youtube.com/watch?v=bQZE3bxuei4 ("Aug. 28 YouTube"). |

-12-

Exhibit 8
Infringement Claim Chart of U.S. Patent No. 12,050,222

| Claim Number | Claim Element | Exemplary Evidence of Nanomics' Infringement |
|---|---|---|
| | | <br><br>*See, e.g.*, NANOMICS BIOTECHNOLOGY, "Proteonano™ Plasma Proteome Enrichment Kit," https://www.nanomics.ai/plasma-proteome-enrich-kit. |

Exhibit 8
Infringement Claim Chart of U.S. Patent No. 12,050,222

| Claim Number | Claim Element | Exemplary Evidence of Nanomics' Infringement |
|---|---|---|
| | | <br><br>*See, e.g.*, Wu et al. Supplementary Information[3] at 2. |

---

[3] Wu, et al., "Supplementary information to Proteonano™: A Robust Platform for Large Cohort Deep Plasma Proteomics Studies," bioRxiv (May 28, 2025) ("Wu et al. Supplementary Information").

Exhibit 8
Infringement Claim Chart of U.S. Patent No. 12,050,222

| Claim Number | Claim Element | Exemplary Evidence of Nanomics' Infringement |
|---|---|---|
| | | **1. Proteonano nanoparticles**<br><br>The Proteonano Enrich Kit is composed of hierarchically structured nanoparticles functionalized with peptides (PCNPs). The physicochemical properties of three peptides used in this work are shown in Supplemental Table 1.<br><br>**Supplemental Table 1.** The physicochemical properties of three peptides<br><br>| Name | Sequence | Length | $M_w$ | Isoelectric Point | Charge (mV) | Hydrophobicity | GRAVY |<br>|---|---|---|---|---|---|---|---|<br>| PP1 | HKAATKIQASFRGHITRKKLC | 21 | 2,395 | 11.73 | 0.30 | 38% | -0.65 |<br>| PP2 | DIEEVEVRSKYFKKNERTVEC | 21 | 2,602 | 4.90 | -1.04 | 62% | -1.22 |<br>| PP3 | QETLKDTRSKFFNKPSMTVVC | 21 | 2,460 | 9.73 | 1.95 | 48% | -0.63 |<br><br>*See, e.g.*, Wu et al. at 10. |

Exhibit 8
Infringement Claim Chart of U.S. Patent No. 12,050,222

| Claim Number | Claim Element | Exemplary Evidence of Nanomics' Infringement |
|---|---|---|
| | | |

See, e.g., Wu et al. at 16 ("2,987 ± 12 protein groups (AVG ± SE, n=3) at 180SPD and 3,817 ± 4 protein groups (AVG ± SE, n=3) at 100SPD.").

See, e.g., Wu et al. at 30 ("In this context, the surface-modified nanoparticles presented here offer an average diameter of 300 nm and exhibit exceptional size uniformity (PDI < 0.05, Fig. 3b).").

See, e.g., Operations Manual at 4-5.

-16-

Exhibit 8
Infringement Claim Chart of U.S. Patent No. 12,050,222

| Claim Number | Claim Element | Exemplary Evidence of Nanomics' Infringement |
|---|---|---|
| | | |

-17-

Exhibit 8
Infringement Claim Chart of U.S. Patent No. 12,050,222

| Claim Number | Claim Element | Exemplary Evidence of Nanomics' Infringement |
|---|---|---|
| | | determine the best duration for Enrichment Nanobeads immobilization steps in the protocol. To ensure complete Enrichment Nanobeads recovery, magnetic separation time can be extended to 10 minutes for the initial experiment.<br><br>5. Add 180 µL EN-Wash Buffer to the centrifuge tube, gently vortex to resuspend Enrichment Nanobeads, place the centrifuge tube on the magnetic rack for at least 3 minutes, until Enrichment Nanobeads is completely collected by the magnet, and discard the supernatant by pipetting. Repeat 2 times, remove supernatant completely after final wash\*.<br><br>● \*Protein enrichment is complete after this step. Enriched proteins absorbed by Enrichment Nanobeads do not need to be eluted. Proteins bound to Enrichment Nanobeads can be directly subjected to subsequent denaturation, reduction, alkylation, digestion, and desalting.<br><br>*See, e.g.*, NANOMICS BIOTECHNOLOGY, "G1 Basic Workstation," https://www.nanomics.ai/g1-basic-workstation (describing "Magnetic Separation" module).<br><br> |

-18-

Exhibit 8
Infringement Claim Chart of U.S. Patent No. 12,050,222

| Claim Number | Claim Element | Exemplary Evidence of Nanomics' Infringement |
|---|---|---|
| 16[d] | (d) a reagent storage unit comprising supports for storing a plurality of reagents; | The Accused Products comprise a reagent storage unit comprising supports for storing a plurality of reagents.<br><br>*See, e.g.*, Operations Manual at 1.<br><br><br><br>*See, e.g.*, NANOMICS BIOTECHNOLOGY, "G1 Pro Workstation," https://www.nanomics.ai/g1-pro-workstation (listing modules including a large 1-well reservoir, 195 mL). |

Exhibit 8
Infringement Claim Chart of U.S. Patent No. 12,050,222

| Claim Number | Claim Element | Exemplary Evidence of Nanomics' Infringement |
|---|---|---|
| | | <br><br>*See, e.g.*, Wu et al. at 36 ("Sample Preparation by the Proteonano Workflow").<br><br>*See, e.g.*, Wu et al. Supplementary Information at 3. |

Exhibit 8
Infringement Claim Chart of U.S. Patent No. 12,050,222

| Claim Number | Claim Element | Exemplary Evidence of Nanomics' Infringement |
|---|---|---|
| | | **2. Layout of the Nanomation workstation**<br><br>Supplemental Figure. 1 The top view of the Nanomation workstation.<br><br>*See, e.g.*, '112 patent infringement claim chart, element 1[d]. |
| 16[e] | (e) a waste unit comprising supports for storing a reagent to be disposed of; | The Accused Products comprise a waste unit comprising supports for storing a reagent to be disposed of.<br><br>*See, e.g.*, Data Sheet at Figure 1.<br><br>*See also* NANOMICS BIOTECHNOLOGY "G1 Basic: An ALL-IN-ONE Workstation for streamlined proteomics" (YouTube Jan. 14, 2026), https://www.youtube.com/watch?v=Xv2NJcleCAM (G1 Basic: An ALL-IN-ONE Workstation for streamlined proteomics) (identifying "Waste container" as module in the system). |

-21-

Exhibit 8
Infringement Claim Chart of U.S. Patent No. 12,050,222

| Claim Number | Claim Element | Exemplary Evidence of Nanomics' Infringement |
|---|---|---|
| | | *See, e.g.*, '112 patent infringement claim chart, element 1[e]. |
| 16[f] | (f) a magnetized support comprising a magnetic source; and | The Accused Products comprise a magnetized support comprising a magnetic source. *See, e.g.*, Operations Manual at 4-5. |

-22-

Exhibit 8
Infringement Claim Chart of U.S. Patent No. 12,050,222

| Claim Number | Claim Element | Exemplary Evidence of Nanomics' Infringement |
|---|---|---|
| | | |

Exhibit 8
Infringement Claim Chart of U.S. Patent No. 12,050,222

| Claim Number | Claim Element | Exemplary Evidence of Nanomics' Infringement |
|---|---|---|
| | | determine the best duration for Enrichment Nanobeads immobilization steps in the protocol. To ensure complete Enrichment Nanobeads recovery, magnetic separation time can be extended to 10 minutes for the initial experiment.<br><br>5. Add 180 µL EN-Wash Buffer to the centrifuge tube, gently vortex to resuspend Enrichment Nanobeads, place the centrifuge tube on the magnetic rack for at least 3 minutes, until Enrichment Nanobeads is completely collected by the magnet, and discard the supernatant by pipetting. Repeat 2 times, remove supernatant completely after final wash*.<br><br>● *Protein enrichment is complete after this step. Enriched proteins absorbed by Enrichment Nanobeads do not need to be eluted. Proteins bound to Enrichment Nanobeads can be directly subjected to subsequent denaturation, reduction, alkylation, digestion, and desalting.<br><br>*See, e.g.*, Wang et al. at 5 ("Automatic sample preparation was performed in batches utilizing Nanomation™ G1 workstation (Nanomics Biotech), equipped with both a magnetic module and a heater shaker module.").<br><br>*See, e.g.*, Aug. 28 YouTube (demonstrating the use of the magnetic module to separate beads). |

Exhibit 8
Infringement Claim Chart of U.S. Patent No. 12,050,222

| Claim Number | Claim Element | Exemplary Evidence of Nanomics' Infringement |
|---|---|---|
| | | |
| 16[g] | (g) a control unit comprising one or more processors programmed to perform steps comprising: | The Accused Products comprise a control unit comprising one or more processors programmed to perform steps (g)(i)-(iv).<br><br>*See, e.g.*, YouTube Aug. 28, 2025 (demonstrating an interface located on the right side of the instrument that communicates to a control unit). |

-25-

Exhibit 8
Infringement Claim Chart of U.S. Patent No. 12,050,222

| Claim Number | Claim Element | Exemplary Evidence of Nanomics' Infringement |
|---|---|---|
| | | |
| 16[h] | (g)(i) incubating the biological sample with the plurality of magnetic particles of the magnetic sensor array under conditions sufficient to bind the population of proteins comprising at least 300 protein groups; | The Accused Products comprise incubating the biological sample with the plurality of magnetic particles of the magnetic sensor array under conditions sufficient to bind the population of proteins comprising at least 300 protein groups. *See, e.g.*, NANOMICS BIOTECHNOLOGY, Application Note: Proteonano™ Ultraplex Platform for Robust and Fast Large cohort Proteomic Studies (2025) at Figure 5. |

-26-

Exhibit 8
Infringement Claim Chart of U.S. Patent No. 12,050,222

| Claim Number | Claim Element | Exemplary Evidence of Nanomics' Infringement |
|---|---|---|
| | | <br><br>Figure 5: Experiment design and QC plan<br><br>*See, e.g.*, NANOMICS BIOTECHNOLOGY, "Discover Proteonano™ G1 Pro: How to Accelerate high throughput Proteomics" (YouTube May 28, 2025), https://www.youtube.com/watch?v=jd5Llcumc6A (Discover Proteonano™ G1 Pro: How to Accelerate high throughput Proteomics). |

Exhibit 8
Infringement Claim Chart of U.S. Patent No. 12,050,222

| Claim Number | Claim Element | Exemplary Evidence of Nanomics' Infringement |
|---|---|---|
|  |  | <br><br>*See, e.g.*, NANOMICS BIOTECHNOLOGY, "TECNOLOGY," https://www.nanomics.ai/technology (embedded video). |

Exhibit 8
Infringement Claim Chart of U.S. Patent No. 12,050,222

| Claim Number | Claim Element | Exemplary Evidence of Nanomics' Infringement |
|---|---|---|
| | | <br><br>*See, e.g.*, Aug. 28 YouTube (Proteonano Ultraplex Proteomics: From plasma proteins to actionable insights – at scale). |

Exhibit 8
Infringement Claim Chart of U.S. Patent No. 12,050,222

| Claim Number | Claim Element | Exemplary Evidence of Nanomics' Infringement |
|---|---|---|
| | | *See, e.g.*, Data Sheet at 3. |

-30-

Exhibit 8
Infringement Claim Chart of U.S. Patent No. 12,050,222

| Claim Number | Claim Element | Exemplary Evidence of Nanomics' Infringement |
|---|---|---|
| | | *See, e.g.*, Data Sheet at 1, Figure 2 (identifying >5000 protein groups). |

Exhibit 8
Infringement Claim Chart of U.S. Patent No. 12,050,222

| Claim Number | Claim Element | Exemplary Evidence of Nanomics' Infringement |
|---|---|---|
| | | *See, e.g.*, Operations Manual at 4-5.<br><br> |

-32-

Exhibit 8
Infringement Claim Chart of U.S. Patent No. 12,050,222

| Claim Number | Claim Element | Exemplary Evidence of Nanomics' Infringement |
|---|---|---|
| | | determine the best duration for Enrichment Nanobeads immobilization steps in the protocol. To ensure complete Enrichment Nanobeads recovery, magnetic separation time can be extended to 10 minutes for the initial experiment.<br><br>5. Add 180 µL EN-Wash Buffer to the centrifuge tube, gently vortex to resuspend Enrichment Nanobeads, place the centrifuge tube on the magnetic rack for at least 3 minutes, until Enrichment Nanobeads is completely collected by the magnet, and discard the supernatant by pipetting. Repeat 2 times, remove supernatant completely after final wash*.<br><br>● *Protein enrichment is complete after this step. Enriched proteins absorbed by Enrichment Nanobeads do not need to be eluted. Proteins bound to Enrichment Nanobeads can be directly subjected to subsequent denaturation, reduction, alkylation, digestion, and desalting.<br><br>*See, e.g., supra* element 16[b]. |
| 16[i] | (g)(ii) applying the magnetized support to the magnetic sensor array to separate unbound sample from the plurality of magnetic particles; | The Accused Products comprise applying the magnetized support to the magnetic sensor array to separate unbound sample from the plurality of magnetic particles.<br><br>*See, e.g.*, Aug. 28 YouTube (describing use of "Magnetic module" for "efficient bead separation with 99.9% accuracy" and demonstrating full automation via a Gripper Module). |

Exhibit 8
Infringement Claim Chart of U.S. Patent No. 12,050,222

| Claim Number | Claim Element | Exemplary Evidence of Nanomics' Infringement |
|---|---|---|
| | | |

Exhibit 8
Infringement Claim Chart of U.S. Patent No. 12,050,222

| Claim Number | Claim Element | Exemplary Evidence of Nanomics' Infringement |
|---|---|---|
| | | *See, e.g.*, Wang et al. at 6 ("Following magnetic immobilization, MMNPs were washed thrice with 1 x PBS. Proteins captured on the MMNPs were reduced by 20 mM DTT at 37 ℃ for 60 min . . . ."). <br><br> *See, e.g.*, Operations Manual at 4-5. <br><br> |

-35-

Exhibit 8
Infringement Claim Chart of U.S. Patent No. 12,050,222

| Claim Number | Claim Element | Exemplary Evidence of Nanomics' Infringement |
|---|---|---|
| | | determine the best duration for Enrichment Nanobeads immobilization steps in the protocol. To ensure complete Enrichment Nanobeads recovery, magnetic separation time can be extended to 10 minutes for the initial experiment. <br><br> 5. Add 180 µL EN-Wash Buffer to the centrifuge tube, gently vortex to resuspend Enrichment Nanobeads, place the centrifuge tube on the magnetic rack for at least 3 minutes, until Enrichment Nanobeads is completely collected by the magnet, and discard the supernatant by pipetting. Repeat 2 times, remove supernatant completely after final wash*. <br><br> ● *Protein enrichment is complete after this step. Enriched proteins absorbed by Enrichment Nanobeads do not need to be eluted. Proteins bound to Enrichment Nanobeads can be directly subjected to subsequent denaturation, reduction, alkylation, digestion, and desalting. <br><br> *See, e.g.*, Wu et al. at 36 ("Following magnetic immobilization, PCNPs were washed thrice with 1 x PBS. Proteins captured on the PCNPs were reduced. . . ."). |
| 16[j] | (g)(iii) separating unbound components within the at least two partitions from the population of proteins and the plurality of magnetic particles; and | The Accused Products comprise separating unbound components within the at least two partitions from the population of proteins and the plurality of magnetic particles. <br><br> *See, e.g.*, Operations Manual at 4-5. |

Exhibit 8
Infringement Claim Chart of U.S. Patent No. 12,050,222

| Claim Number | Claim Element | Exemplary Evidence of Nanomics' Infringement |
|---|---|---|
| | | |

-37-

Exhibit 8
Infringement Claim Chart of U.S. Patent No. 12,050,222

| Claim Number | Claim Element | Exemplary Evidence of Nanomics' Infringement |
|---|---|---|
| | | determine the best duration for Enrichment Nanobeads immobilization steps in the protocol. To ensure complete Enrichment Nanobeads recovery, magnetic separation time can be extended to 10 minutes for the initial experiment.<br><br>5. Add 180 µL EN-Wash Buffer to the centrifuge tube, gently vortex to resuspend Enrichment Nanobeads, place the centrifuge tube on the magnetic rack for at least 3 minutes, until Enrichment Nanobeads is completely collected by the magnet, and discard the supernatant by pipetting. Repeat 2 times, remove supernatant completely after final wash\*.<br><br>● \*Protein enrichment is complete after this step. Enriched proteins absorbed by Enrichment Nanobeads do not need to be eluted. Proteins bound to Enrichment Nanobeads can be directly subjected to subsequent denaturation, reduction, alkylation, digestion, and desalting.<br><br>*See, e.g.*, *supra* element 16[i]. |
| 16[k] | (g)(iv) preparing the population of proteins for mass spectrometry, wherein the preparing comprises incubating a digestion solution with the population of proteins and the plurality of magnetic particles. | The Accused Products comprise preparing the population of proteins for mass spectrometry, wherein the preparing comprises incubating a digestion solution with the population of proteins and the plurality of magnetic particles.<br><br>*See, e.g.*, Wu et al. at 36 ("Proteins captured on the PCNPs were reduced . . . . Alkylation was performed . . . . Trypsin [] digestion was carried out . . . . Post-digestion, peptides were purified using desalting C18 columns . . . .and lyophilized . . . . Lyophilized peptides were then reconstituted in 0.1 % formic acid prior to mass spectrometry.").<br><br>*See, e.g.*, Wang et al. at 6 ("Following magnetic immobilization, MMNPs were washed thrice with 1 x PBS. Proteins captured on the MMNPs were reduced by 20 mM DTT at 37 °C for 60 min. Alkylation was performed using 50 mM iodoacetamide (IAA) at room temperature in darkness for 30 min. Trypsin (Promega Corporation, Madison, WI, USA) digestion was carried out at 37°C for a duration of 16 hours with shaking at 1000 rpm. Post-digestion, peptides were purified using desalting C18 columns in micropipette tip format (ThermoFisher Scientific) and lyophilized with a LyoQuest freeze dryer (LyoQuest, Telstar, |

Exhibit 8
Infringement Claim Chart of U.S. Patent No. 12,050,222

| Claim Number | Claim Element | Exemplary Evidence of Nanomics' Infringement |
|---|---|---|
| | | Terrassa, Spain). Lyophilized peptides were then reconstituted in 0.1 % formic acid prior to mass spectrometry. Peptide concentrations were measured with a Nano300 microvolume spectrophotometer (Allsheng Instruments, China)."). *See, e.g.*, Operations Manual at 5-6 (Denaturation, Reduction, Alkylation, and Digestion). <br><br> 7.2.Denaturation, Reduction, Alkylation, and Digestion <br><br> 1. Add 20 µL Digestion Buffer 1 to the microcentrifuge tube containing Enrichment Nanobeads from the last step, incubate and shake at 1500 rpm at 55 °C on microcentrifuge tube heater shaker for 0.5 hours. <br><br> 2. Brief centrifuge to collect reagent on the bottom of microcentrifuge tube. Allow the sample to return to room temperature. <br><br> 3. Transfer 1 mL (when using 48x kit) or 200 µL (when using 8x kit) of Digestion Buffer 2 into the bottle of Enzyme and vortex to fully dissolve the Enzyme. Add 20 µL dissolved Enzyme. Incubate and shake at 1500 rpm and 37 °C in the dark for 2 hours. <br><br> 4. Add 20 µL Ending Buffer to stop tryptic digestion. Vortex to mix well and place the centrifuge tube on the magnetic rack for at least 3 minutes, until Enrichment Nanobeads is completely collected by the magnet. Transfer the supernatant (approximately 60 µL) by pipetting for subsequent of processing. <br><br> 7.3.Desalting and Lyophilization <br><br> 1. Assemble desalting tip on microfuge tube. <br><br> 2. Add 200 µL Activating Buffer to the desalting tip. Centrifuge at 1200 × g for 3 minutes at room temperature, then discard the Activating Buffer. <br><br> 3. Add 200 µL Wash Buffer to the desalting tip. Centrifuge at 1200 × g for 3 minutes at room temperature, then discard the Wash Buffer. <br><br> https://www.nanomics.bio     5 / 7     For research use only |

Exhibit 8
Infringement Claim Chart of U.S. Patent No. 12,050,222

| Claim Number | Claim Element | Exemplary Evidence of Nanomics' Infringement |
|---|---|---|
| | | 4. Add 60 µL of the digested protein sample prepared in 7.2 Denaturation, Reduction, Alkylation, and Digestion step 3 to the desalting tip prepared in the last step. Centrifuge at 1200 × g for 3 minutes at room temperature and discard the flow through. <br><br> 5. Add 100 µL Wash Buffer to the desalting tip. Centrifuge at 1200 × g for 3 minutes at room temperature, discard the flow through. Repeat the step twice, for a total of three washes. <br><br> 6. Add 50 µL Elution Buffer to the desalting tip. Centrifuge at 1200 × g for 3 minutes at room temperature, collect the eluent. <br><br> 7. Add additional 50 µL Elution Buffer to the desalting tip. Centrifuge at 1200 × g for 3 minutes at room temperature. collect the eluent. <br><br> 8. Add additional 50 µL Elution Buffer to the desalting tip. Centrifuge at 1200 × g for 3 minutes at room temperature, collect and combine the total 150 µL of eluent from this step and the last two elution steps. <br><br> 9. Completely dry the eluent by using a Vacuum Freezer or equivalent equipment. <br><br> 10. Add 20 µL Resuspend Buffer to dissolve lyophilized peptide powder. <br><br> 11. Store at -80 °C until peptide concentration measurement and LC-MS analysis |