# EXHIBIT 10

Exhibit 10
Infringement Claim Chart for U.S. Patent No. 12,590,948

| Claim Number | Claim Element | Exemplary Evidence of Nanomics' Infringement |
|---|---|---|
| 1[pre] | A system for analyzing biological samples comprising: | To the extent the preamble is limiting, the Accused Products comprise a system for analyzing biological samples.<br><br>*See, e.g.*, Wu et al.[1] at 2 ("Here we report the Proteonano Ultraplex Proteomics (PUP) Platform for large cohort plasma proteomics studies with robustness and high throughput by standardizing workflow by incorporating the Proteonano platform and high-resolution mass spectrometers, including Orbitrap Exploris™ 480, Orbitrap Astral™, and timsTOF Pro.").<br><br>*See, e.g.*, Wu et al. at 7 ("The Proteonano platform is intended to be a standardized, high-throughput solution for large-cohort plasma studies, combining robustness with efficiency. It integrates proprietary plasma proteome enrichment reagents, the Nanomation G1 automated workstation, and high-resolution LC-MS/MS systems.").<br><br>*See, e.g.*, Wu et al. at Figure 1.<br><br> |

---

[1] Wu, et al., "Proteonano™ A Robust Platform for Large Cohort Deep Plasma Proteomics Studies," bioRxiv (May 28, 2025) ("Wu et al.").

Exhibit 10
Infringement Claim Chart for U.S. Patent No. 12,590,948

| Claim Number | Claim Element | Exemplary Evidence of Nanomics' Infringement |
|---|---|---|
| 1[a] | (a) a sample preparation device comprising | The Accused Products comprise a sample preparation device.<br><br>*See, e.g.*, Wu et al. at 7 ("The Nanomation G1 workstation includes a heater-shaker module for nanoparticle-plasma incubation, a magnetic module for protein corona separation, and an 8-channel liquid handler for parallel pipetting.").<br><br>*See, e.g.*, Wang et al.[2] at 5 ("Automatic sample preparation was performed in batches utilizing Nanomation™ G1 workstation (Nanomics Biotech), equipped with both a magnetic module and a heater shaker module. Plasma samples were dispensed on 96 well flat bottom assay plates for subsequent processing.").<br><br>*See, e.g.*, NANOMICS BIOTECHNOLOGY, "Application Note: Proteonano™ Ultraplex Platform for Robust and Fast Large cohort Proteomic Studies" (2025), at 2 ("The Proteonano™ Ultraplex Proteomics Platform, developed by Nanomics Biotechnology, is a highly automated and standardized system. It consists of the Proteonano™ Kit, Nanomics G1 workstation, and AI-powered proteomics analysis software, specifically addressing the bottlenecks in detecting low-abundance proteins in mass spectrometry-based proteomics."). |
| 1[b] | a separation device, | The Accused Products comprise a separation device.<br><br>*See, e.g.*, Wu et al. at 7 ("The reagents feature hierarchically structured peptide-conjugated nanoparticles (PCNPs) to selectively enrich low-abundance proteins while depleting medium- and high-abundance proteins during sample preparation.").<br><br>*See, e.g.*, NANOMICS BIOTECHNOLOGY, Instructions to Proteonano Plasma Proteome Enrich Kit, Operations Manual (May 22, 2025), at 1 ("The Proteonano™ technology uses peptides and small molecules modified on the surface of magnetic nanoparticles (multi-valent, multi-affinitive nanoprobes, MMNPs) for plasma/serum protein capture. |

[2] Wang, et al., "Technical Assessment of Proteonano™: A Robust Platform for Deep Plasma Proteomics Study," bioRxiv (Aug. 20, 2024) ("Wang et al.").

Exhibit 10
Infringement Claim Chart for U.S. Patent No. 12,590,948

| Claim Number | Claim Element | Exemplary Evidence of Nanomics' Infringement |
|---|---|---|
| | | This allows selective capture of low abundant proteins, resulting in relative depletion of high abundant proteins. This improves LC-MS/MS detection depth, promoting the effectiveness of untargeted proteomic analysis."). |
| | | *See, e.g.*, Wu et al. at 4 ("[S]urface-engineered superparamagnetic nanoparticles have emerged as a promising technology for enriching low-abundance plasma proteins . . . magnetic nanoparticle reagent-based protein capture, combined with peptide identification via mass spectrometry, is well-suited for automation using common liquid handling workstations equipped with magnet modules." (footnotes omitted)). |
| | | *See, e.g.*, Claim 1[c]. |
| 1[c] | a sample ionizer, | The Accused Products comprise a sample ionizer. |
| | | *See, e.g.*, Wu et al. at 37 ("500 ng of peptides were separated by an Easy-nLC1200 reverse-phase HPLC system (ThermoFisher Scientific) using a precolumn (homemade, 0.075 mm × 2 cm, 1.9 µm, C18) and a self-packed analytical column (0.075 mm × 20 cm, 1.9 µm, C18) over a 48 min gradient before nano-electrospray on Orbitrap Exploris 480 mass spectrometer equipped with FAIMS (ThermoFisher Scientific). . . . Spray voltage was set to 2.4 kV . . . ."). |
| | | *See, e.g.*, Wu et al. at 37-38 ("200 ng of peptides was subjected to a nanoElute® 2 nanoLC system coupled with a Bruker timsTOF Pro 2 mass spectrometer using a trap-and-elute configuration. . . . The spray voltage was set to 1.5 kV."). |
| | | *See, e.g.*, NANOMICS BIOTECHNOLOGY, "Application Note: Performance of the Proteonano™ of the Ultraplex Platform on Different Mass Spectrometers" (2025) ("Different Mass Spectrometers Application Note"), at 4 ("Vanquish Neo coupled with Orbitrap Astral (Thermo Fisher Scientific, Waltham, MA, USA) / EASY-nLC™ 1200 coupled with Orbitrap Exploris 480 (Thermo Fisher Scientific, Waltham, MA, USA) / nanoElute® 2 coupled with timsTOF Pro 2 (Bruker Corporation, Billerica, MA, USA)"). |

Exhibit 10
Infringement Claim Chart for U.S. Patent No. 12,590,948

| Claim Number | Claim Element | Exemplary Evidence of Nanomics' Infringement |
|---|---|---|
| | | |
| 1[d] | and an ion excitation device, | The Accused Products comprise an ion excitation device, including, for example, a device intended to be coupled with a LC-MS/MS that includes an ion excitation device. *See, e.g.*, Wu et al. at 37 ("Data were acquired in data independent acquisition mode . . . ."). *See, e.g.*, Wu et al. at 37 ("Mass spectrometer was operated in DIA mode. . . . Normalized collision energy was set at 30 %. Default settings were used for FAIMS with voltages applied as -45 V . . . ."). *See, e.g.*, Wu et al. at 38 ("The mass spectrometer was operated in diaPASEF mode using ion mobility range of 0.76–1.29 Vs/cm² with 100 ms accumulation time. . . . The splitting mode was CID and the splitting energy was set 20-59 eV. The mass width of each window was 25 Da and the cycle time for a DIA scan was 1.59 s."). |
| 1[e] | wherein the separation device is configured to deplete a sample of highly abundant proteins that are present in the biological sample at a concentration of at least 10 µg/mL; | The Accused Products comprise the separation device that is configured to deplete a sample of highly abundant proteins that are present in the biological sample at a concentration of at least 10 µg/mL. *See, e.g.*, Wang et al. at Figures 4E & 4F (illustrating albumin (P02768) decreases in relative abundance in the Proteonano sample as compared to neat, where plasma albumin is typically present in the biological sample at a concentration of 35-50 mg/mL). |

Exhibit 10
Infringement Claim Chart for U.S. Patent No. 12,590,948

| Claim Number | Claim Element | Exemplary Evidence of Nanomics' Infringement |
|---|---|---|
| | |

*See, e.g.*, Wu et al. at 12 ("Simultaneously, high-abundance proteins are depleted during sample preparation, facilitating the detection of peptides from rare proteins in subsequent MS measurements.").

*See, e.g.*, Wu et al. at 4 ("These nanoparticles interact with proteins in biological fluids to form a thin layer known as the protein corona").

*See, e.g.*, Wu et al. at 7 ("The reagents feature hierarchically structured peptide-conjugated nanoparticles (PCNPs) to selectively enrich low-abundance proteins while depleting medium- and high-abundance proteins during sample preparation.").

*See, e.g.*, Wu et al. at 12 ("These features collectively endow each nanoparticle with excellent size uniformity and a high density of binding sites, enabling the selective enrichment of low-abundance proteins within an extremely small volume. Simultaneously, high-abundance proteins are depleted during sample preparation, facilitating the detection of peptides from rare proteins in subsequent MS measurements."). |

Exhibit 10
Infringement Claim Chart for U.S. Patent No. 12,590,948

| Claim Number | Claim Element | Exemplary Evidence of Nanomics' Infringement |
|---|---|---|
| | | *See, e.g.*, Wu et al. at 19 ("low-abundance proteins displayed higher median CVs (6.65%, <10 ng.mL$^{-1}$) compared to medium- (4.32%, 10–100 ng.mL$^{-1}$) and high-abundance proteins (3.86%, ≥100 ng.mL$^{-1}$)."). <br><br> *See, e.g.*, Wang et al. at 11 ("Except for APOA1, both detection intensity and relative abundance of most abundant ten protein groups identified in the sample processed by neat plasma pipeline were decreased in the sample processed by the Proteonano™ platform (Fig. 4E-F). Furthermore, the fraction of top ten most abundant proteins for each sample decreased from 61% of all protein groups detected to 40% of all protein groups detected in Proteonano™ platform processed sample (Fig. 4G)."). |
| 1[f] | (b) a mass spectrometer coupled to said sample preparation device; and | The Accused Products comprise a mass spectrometer coupled to said sample preparation device. <br><br> *See, e.g.*, Wu et al. at 7 ("[T]he platform incorporates three high-resolution mass spectrometers—Orbitrap 480, Astral instruments (ThermoFisher Scientific), and timsTOF Pro 2 (Bruker Corporation)—ensuring compatibility with widely established proteomics infrastructure."). <br><br> *See, e.g.*, Wu et al. at 36 ("For most studies, Orbitrap Astral (ThermoFisher Scientific) mass spectrometer was used. In some cases, Orbitrap Exploris 480 (ThermoFisher Scientific) mass spectrometer equipped with FAIMS, or timsTOF Pro 2 mass spectrometer (Bruker Instruments) were used."). <br><br> *See, e.g.*, Different Mass Spectrometers Application Note at 4 ("[T]he Proteonano™ Platform excels in versatility, achieving high-depth plasma proteomics experiments across Orbitrap Exploris 480, timsTOF Pro 2, and Orbitrap Astral. Protein identification ranges from 2,000 to 4,000, with differences in protein counts of less than 5%."). |
| 1[g] | (c) a switch coupled to said ion excitation device. | The Accused Products comprise a switch coupled to said ion excitation device. |

Exhibit 10
Infringement Claim Chart for U.S. Patent No. 12,590,948

| Claim Number | Claim Element | Exemplary Evidence of Nanomics' Infringement |
|---|---|---|
| | | *See, e.g.*, Wu et al. at 38 ("The 452-1152 m/z range was divided into four steps. Each step was divided into seven windows, the Number of Mobility Windows was set to 2, and a total of 56 windows for continuous window shattering and information gathering."). |